# Order

Michigan Supreme Court
Lansing, Michigan

March 11, 2011

142409 & (39)(40)

CATHERINE ZADRZYNSKI,
     Plaintiff-Appellee,

v

GOLF SERVICES, L.L.C., a/k/a THE
WYNDGATE, a/k/a WYNDGATE COUNTRY
CLUB, a/k/a WYNDGATE GOLF & COUNTRY
CLUB, and a/k/a GATE HOUSE GRILL,
     Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142409
COA: 287151
Oakland CC: 2007-085763-NO

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay of proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2011

0308

Clerk